IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JARRETT LAWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. |
| COMMERCIAL DRIVEWAY ) | |
| SERVICES, LLC, and WILLIAM ) | |
| ROBBINS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

COME NOW, Defendants COMMERCIAL DRIVEWAY SERVICES, LLC, and WILLIAM ROBBINS, and pursuant to 28 U.S.C. § 1446, files Notice of Removal, and shows this Court as follows:

1.

The Plaintiff filed suit against the Defendants in the State Court of Clayton County on August 29, 2014. (Jarrett Laws v. Commercial Driveway Services, LLC and William Robbins, Civil Action No. 2014CV01848-C in the State Court of Clayton County).

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

2.

The Plaintiff seeks to recover from Defendants damages for personal injuries, medical expenses, lost wages; damages for pain and suffering; attorney's fees; and punitive damages.

3.

The Plaintiff is a citizen of Georgia.

4.

Defendant Commercial Driveway Services, LLC is an Alabama company with its principal place of business in Alabama.

5.

Defendant William Robbins is a resident of Alabama

6.

This Notice has been filed within thirty days of Defendants' receipt of the Plaintiff's Complaint.

7.

All pleadings served in the State Court action are attached, including the Plaintiff's Complaint for Damages (Exhibit "A"). In addition, on the same date of the the filing this Notice of Removal, Defendants filed their Defenses and Answer (Exhibit

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

(Exhibit "B"). The Defendants' answer was expressly filed as a preliminary action in in the State Court proceeding and is not representative of any attempt to litigate in State Court.

8.

The Defendants will promptly serve all adverse parties with copies of this Notice.

9.

The Defendants will file a notice in the State Court of DeKalb County that this case is being removed

10.

This Court has jurisdiction over this action and removal is proper because diversity exists. Although there is no federal question in this action, removal is proper under 28 U.S.C. § 1441 because there is diversity of citizenship. Generally, diversity exists where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C.§ 1332 (a).

In the present case, the Plaintiff is a citizen of Georgia. The Defendants are an an Alabama company and Alabama resident. The Plaintiff's Complaint demonstrates demonstrates the principal amount in controversy is more than $75,000 and the

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

Plaintiff seeks to recover attorney's fees and punitive damages. The requirements of of 28 U.S.C. § 1332 are therefore met and this Court has original jurisdiction over this this action. Accordingly, removal is proper pursuant to 28 U.S.C§ 1441.

11.

The Defendants demand a jury trial as to all issues.

WHEREFORE, in light of the above and foregoing, the Defendants respectfully request that this action be removed to this Court.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jason R. Schultz, Esq.
525 Westpark Drive, Suite 120
Peachtree City, GA 30269

This 29th day of September, 2014.

DOWNEY & CLEVELAND, LLP

By: /s/ Sean L. Hynes
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com

4852-9944-2974, v. 1

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233



RECEIVED & FILED

AUG 2 0 2014

*Hail Carnes*
CLERK, STATE COURT
CLAYTON COUNTY

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

JARRETT LAWS, )
      Plaintiff, )
       ) CIVIL ACTION FILE NO.
v. )
       ) 2014CV01848C
COMMERCIAL DRIVEAWAY, )
SERVICES LLC, and WILLIAM ROBBINS, )
       )
      Defendants. )

## COMPLAINT FOR DAMAGES

COMES NOW Jarrett Laws, Plaintiff in the above-styled action, filing this Complaint for Damages and showing this Honorable Court as follows:

### PARTIES, JURISDICTION AND VENUE

1.

Defendant William Robbins ("Robbins") resides at 499 Shady Hill Road, Warrior Alabama 35180 and he may be served at that address. Once served, jurisdiction and venue are proper as to Defendant Robbins pursuant to O.C.G.A. §§9-10-91 and 9-10-93.

2.

Defendant Commercial Driveaway Services LLC ("Driveaway") is an Alabama Corporation. Service may be perfected by serving this complaint and process upon its registered agent for service: Phillip O. Mitchell, 67 County Road 744, Cullman, Alabama 35055. Once served, Defendant Driveaway is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. §§9-10-91 and 9-10-93.



EXHIBIT "A"

## FACTS

3.

On July 10, 2013, at approximately 12:40 p.m., Plaintiff Jarrett Laws was the driver of a 2008 Honda Accord driving on the southbound I-75 Upper Riverdale exit in Clayton County, Georgia.

4.

At the same time, Defendant Robbins was driving a Peterbilt work truck directly behind the 2008 Honda Accord.

5.

At all times material to this Complaint, Defendant Robbins was acting within the scope of his employment with Defendant Driveaway and for the benefit of his employer, Defendant Driveaway.

6.

Suddenly, negligently, and without warning, Defendant Robbins struck the rear of the 2008 Honda Accord, injuring Plaintiff.

7.

Defendant Robbins was negligent in one or more of the following respects:

(a) He failed to maintain a vigilant lookout ahead of him;

(b) He failed to exercise ordinary care to avoid a collision;

(c) He was following too close in violation of O.C.G.A. § 40-6-49, such violation constituting negligence per se;

(d)  He left the scene of the wreck in violation of O.C.G.A. § 40-6-270, such violation constituting negligence per se;

(e)  He was otherwise negligent and careless in the operation of the truck.

8.

As a direct and proximate cause of the negligence of Defendant Robbins, Jarrett Laws has incurred substantial medical bills for his care and treatment, lost wages, suffered physical and mental pain and suffering, and upon information and belief, will suffer and incur some or all of these damages in the future.

9.

Defendant Driveaway is liable to Plaintiff for the acts and omissions of its employee and agent Defendant Robbins, who was acting within the scope and course of his employment with Defendant Driveaway at all times material to this Complaint.

## PUNITIVE DAMAGES

10.

Paragraphs 3 through 9 of the Complaint are hereby incorporated as if fully rewritten herein.

11.

Defendant Robbins fled the scene of the wreck in violation of O.C.G.A. § 40-6-270.

12.

Plaintiff seeks to recover punitive damages pursuant to O.C.G.A. § 51-12-5.1 in such an amount as the jury determines to be just and appropriate to fully and completely deter Defendant Robbins from committing the tortious acts and omissions complained of in this Complaint.

3

## ATTORNEYS' FEES

13.

Paragraphs 3 through 12 of the Complaint are hereby incorporated as if fully rewritten herein.

14.

Defendant Robbins' misconduct constitutes "bad faith" sufficient to award attorneys' fees under O.C.G.A. §13-6-11, and Plaintiff is entitled to recover from Defendants all expenses of litigation, including reasonable attorneys' fees incurred in bringing this action.

WHEREFORE, Plaintiff demands as follows:

(a) That process issue and that service be had on each Defendant;

(b) That Plaintiff recovers from both Defendants general and special damages in the amount to be determined at trial;

(c) That punitive damages be imposed against Defendant Robbins in an amount as a jury is certain will be sufficient to deter him from repeating this flagrant wrong-doing;

(d) For reasonable attorneys' fees and all costs and expenses of this action;

(e) For a jury trial on all issues so triable; and

(f) For further relief as this Court deems just and proper.

This 18th day of August, 2014.

4

JASON R. SCHULTZ PC

*[signature]*

Jason R. Schultz
State Bar No. 690276
Attorney for the Plaintiff

JASON R. SCHULTZ PC
525 Westpark Drive, Suite 120
Peachtree City GA 30269
Ph: (404) 474-0804
Fax:(770) 692-3326
Jason@JasonSchultzPC.com

5

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Jarrett Laws

Plaintiff

Vs.

Commercial Driveaway Services, LLC and William Robbins

Defendant

Case Number: 2014CV01848C

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Jason R. Schultz, PC
525 Westpartk Drive, Ste 120
Peachtree City, GA 30269

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

GAIL CARNES
CLERK OF COURT
State Court of Clayton County

By: _____
Deputy Clerk

IN THE STATE COURT OF CLAYTON COUNTY

STATE OF GEORGIA

RECEIVED & FILED
SEP 29 2014

| | |
|---|---|
| JARRETT LAWS, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 2014CV01848-C |
| COMMERCIAL DRIVEWAY SERVICES, LLC and WILLIAM ROBBINS, | ) |
| Defendants. | ) |

## DEFENSES AND ANSWER

COME NOW, Defendants COMMERCIAL DRIVEWAY SERVICES, LLC and WILLIAM ROBBINS, appearing specially without submitting to the jurisdiction and venue of this Court, and file this their Defenses and Answer to Plaintiff's Complaint for Damages, and show the Court as follows:

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND DEFENSE

Jurisdiction is improper as to Defendants.

### THIRD DEFENSE

Venue is improper as to Defendants.

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

- 1 -

EXHIBIT "B"

## FOURTH DEFENSE

Plaintiff's claim for punitive damages is in violation of Defendants' right to due process guaranteed under the Fourteenth Amendment of the United States Constitution. More specifically, an excessive award of such damages will violate this Defendants' substantive and procedural due process rights. Further, elementary notions of fairness dictate notice of not only the conduct subjecting a person to punishment but also the severity of that penalty. A grossly excessive award furthers no legitimate state interest and constitutes an arbitrary deprivation of property. See State Farm Mutual Auto Insurance Company v. Campbell, 538 U.S. 408 (2003). The application of punitive damages under Georgia's statute authorizing such an award is likewise a violation of this Defendants' aforementioned Constitutional rights where Plaintiff seeks to impose a penalty for any conduct harming or otherwise involving persons not before the court. See Philip Morris USA v. Williams, 549 US 346, 127 S. Ct. 1057 (2007). Any award of punitive damages would be limited to a 1-1 ratio of punitive damages in comparison to any compensatory damages. Exxon Shipping Company v. Grant Baker, 1128 S. Ct. 2605 (2008).

## FIFTH DEFENSE

Defendants' Defenses and Answer is a preliminary action in this lawsuit and is not representative of Defendant's intent to litigate in State Court. Rather, Defendants intend to litigate in Federal Court.

## SIXTH DEFENSE

## ANSWER

Defendants respond to the allegations of Plaintiff's Complaint as follows:

1.

Defendants admit the averments contained in paragraph 1 of Plaintiff's Complaint.

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

2.

Defendants admit the averments contained in paragraph 2 of Plaintiff's Complaint.

3.

Defendants deny the averments contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendants deny the averments contained in paragraph 4 of Plaintiff's Complaint.

5.

Defendants admit the averments contained in paragraph 5 of Plaintiff's Complaint.

6.

Defendants deny the averments contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendants deny the averments contained in paragraph 7 of Plaintiff's Complaint.

8.

Defendants deny the averments contained in paragraph 8 of Plaintiff's Complaint.

9.

Defendants deny the averments contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendants incorporate by reference their responses to paragraphs 1-9 of Plaintiff's Complaint as if fully set forth herein below.

11.

Defendants deny the averments contained in paragraph 11 of Plaintiff's Complaint.

12.

Defendants deny the averments contained in paragraph 12 of Plaintiff's Complaint.

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

13.

Defendants incorporate by reference their responses to paragraphs 1-12 of Plaintiff's Complaint as if fully set forth herein below.

14.

Defendants deny the averments contained in paragraph 14 of Plaintiff's Complaint.

### SEVENTH DEFENSE

Defendants deny each and every averment contained in the paragraph beginning with the word "WHEREFORE" in the Plaintiff's Complaint. Any allegations or averments contained in Plaintiff's Complaint not specifically responded to above are hereby denied.

WHEREFORE, Defendants COMMERCIAL DRIVEWAY SERVICES, LLC and WILLIAM ROBBINS, having fully answered, demand that they be discharged with all costs cast upon the Plaintiff.

Respectfully submitted,

DOWNEY & CLEVELAND, LLP

By:_____
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for Defendants

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jason R. Schultz, Esq.
525 Westpark Drive, Suite 120
Peachtree City, GA 30269

This 29th day of September, 2014.

DOWNEY & CLEVELAND, LLP

By: _____
SEAN L. HYNES
Georgia State Bar No. 381698
hynes@downeycleveland.com

4838-3772-5470, v. 1

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233